Motion for leave to appeal denied. Motion for a stay dismissed as academic. Cross motion for the imposition of sanctions denied.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v TERRANCE L. MACK, Respondent.

Decided October 27, 2015

Reargument ordered and case set down for argument during a future session of the Court of Appeals.

Concur: Chief Judge LIPPMAN and Judges PIGOTT, RIVERA, ABDUS-SALAAM, STEIN and FAHEY.

CARLAYNE SIMS, Appellant, v CITY OF NEW YORK, Respondent.

Submitted September 8, 2015; decided October 27, 2015

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

S.L., Appellant, v J.R., Respondent.

Submitted September 8, 2015; decided October 27, 2015

Motion by the Domestic Violence Legal Empowerment and Appeals Project et al. for leave to appear amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

In the Matter of VANITA UU., Respondent, v MAHENDER VV., Appellant. (And Other Related Proceedings.)

Submitted August 24, 2015; decided October 27, 2015